# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MATTHEW SCHULTZ, individually and as next friend to P.S., and ZOLA SCHULTZ, individually and as next friend to P.S., <br><br> Petitioners, <br><br> v. <br><br> WEST DES MOINES COMMUNITY SCHOOL DISTRICT, and KANDI HENSEL, West Des Moines Special Education Director, <br><br> Respondents. | CASE NO.  **20-292** <br><br><br> Removed from the Iowa District Court in and for Polk County, No. EQCE086208 <br><br> **NOTICE OF REMOVAL** |

COME NOW the Respondents, West Des Moines Community School District (the District) and Kandi Hensel, pursuant to 28 U.S.C. §§ 1441 and 1446 and Federal Rule of Civil Procedure 81, submit this Notice of Removal.  In support hereof, Respondents state:

1. On September 18, 2020, Petitioners filed an "Application for Emergency Temporary and Permanent Injunction" captioned *Schultz v. West Des Moines Community School District et al.*, Case No. EQCE086208, in the Iowa District Court in and for Polk County.  The state court in which the lawsuit was commenced is within this Court's District and Division.

2. Counsel for Petitioners is:
   Alfredo Parrish
   Brandon Brown
   PARRISH LAW FIRM
   2910 Grand Avenue
   Des Moines, Iowa 50312
   (515) 284-5737
   (515) 284-1704 (fax)
   aparrish@parrishlaw.com
   bbrown@parrishlaw.com

3. This notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), in that it is being filed less than one (1) year after the action was commenced and within thirty (30) days after

Defendants were served with Plaintiff's Petition on September 21, 2020. The parties have conducted no discovery, and no substantive proceedings have occurred in this action.

4. Although Petitioners have not filed an underlying complaint to support their petition for temporary injunctive relief, the sole claim asserted in Petitioners' "Application for Temporary and Permanent Injunction" arises under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 *et seq*. Petitioners' request for an injunction relies on the federal statute's mandate to provide a free appropriate public education.

5. This case is within the Court's jurisdiction under 28 U.S.C. § 1331 because Petitioner's claims present a federal question.

6. Petitioners present no state law claims.

7. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(b), this notice is being filed within 30 days of service upon Respondents to Petitioners' action.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

9. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all pleadings and process served upon Respondents are attached to Respondent's Local Rule 81(a) List on Removal, which is attached hereto and incorporated herein by reference.

10. By filing this Notice of Removal, Respondents have not and do not waive any defenses they might assert or their right to bring any application anywhere in relation to this litigation or its subject matter.

WHEREFORE, Respondents notify this Court, the state court, and the parties of the removal of this lawsuit to the United States District Court for the Southern District of Iowa, Central Division.

*/s/ Miriam D. Van Heukelem*

Miriam D. Van Heukelem (AT0010074)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
(515) 243-7611
(515) 243-2149 (fax)
mvanheukelem@ahlerslaw.com
**ATTORNEY FOR RESPONDENTS**

**Electronically filed and served.**

Alfredo Parrish
Brandon Brown
PARRISH LAW FIRM
2910 Grand Avenue
Des Moines, Iowa 50312
(515) 284-5737
(515) 284-1704 (fax)
aparrish@parrishlaw.com
bbrown@parrishlaw.com
ATTORNEYS FOR PETITIONERS

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: September 22, 2020

By:
- [ ] U.S. Mail
- [ ] Hand delivery
- [x] Electronically (*via CM/ECF*)
- [ ] Fax
- [ ] Private Carrier
- [ ] E-mail

Signature: */s/ Alice Frohling*

01771176-1\17071-1440